NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1499

HERMAN L. DALFREY

VERSUS

ALLSTATE INS. CO.

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 02-65763
HONORABLE PAUL JOSEPH DEMAHY, DISTRICT JUDGE

**********

ARTHUR J. PLANCHARD
JUDGE

**********

Court composed of Glenn B. Gremillion, Billy Howard Ezell and Arthur J. Planchard[*], Judges.

**AFFIRMED.**

James Kirk Piccione
111 E. Main St.
Lafayette, LA 70502
Counsel for Plaintiff-Appellant
        Herman L. Dalfrey

Harold Gerard Toscano
400 E. Kaliste Saloom #8300
Lafayette, LA 70508
Counsel for Defendant-Appellee
        Allstate Ins. Co.

---

[*] Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.